# Order

Michigan Supreme Court
Lansing, Michigan

March 14, 2012

144686 & (7)
144691 & (9)
144768 & (25)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

FRANK HOUSTON, EDNA FREIER,
CHRISTY JENSON, LORETTA COLEMAN,
JIM NASH, DAVID RICHARDS, and
ERIC COLEMAN,
   Plaintiffs-Appellees,

v

             SC: 144686
             COA: 308725
             Ingham CC: 12-000010-CZ

GOVERNOR,
   Defendant-Appellant,
and

OAKLAND COUNTY BOARD OF
COMMISSIONERS,
   Defendant.

_____/

FRANK HOUSTON, EDNA FREIER,
CHRISTY JENSON, LORETTA COLEMAN,
JIM NASH, DAVID RICHARDS, and
ERIC COLEMAN,
   Plaintiffs-Appellees,

v

             SC: 144691
             COA: 308724
             Ingham CC: 12-000010-CZ

GOVERNOR,
   Defendant,
and

OAKLAND COUNTY BOARD OF
COMMISSIONERS,
   Defendant-Appellant.

_____/

FRANK HOUSTON, EDNA FREIER,
CHRISTY JENSON, LORETTA COLEMAN,
JIM NASH, DAVID RICHARDS, and
ERIC COLEMAN,
        Plaintiffs-Appellees,

v

GOVERNOR,
        Defendant-Appellant,
and

OAKLAND COUNTY BOARD OF
COMMISSIONERS,
        Defendant.

SC: 144768
COA: 308725
Ingham CC: 12-000010-CZ

_____/

        On order of the Court, the motions for immediate consideration are GRANTED. The application for leave to appeal prior to decision by the Court of Appeals (Docket No. 144686) is DENIED as moot. The application for leave to appeal before consideration by the Court of Appeals (Docket No. 144691) is treated as an application for leave to appeal the March 7, 2012 judgment of the Court of Appeals. The applications for leave to appeal the March 7, 2012 judgment of the Court of Appeals (Docket Nos. 144691 and 144768) are considered. We direct the Clerk to schedule oral argument on Wednesday, March 21, 2012 at 9:30 a.m. on whether to grant the applications or take other action. MCR 7.302(H)(1).



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 14, 2012

_____
                      Clerk

0314